No. 84–237.   AGUILAR ET AL. v. FELTON ET AL.;

No. 84–238.   SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION v. FELTON ET AL.; and

No. 84–239.   CHANCELLOR OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK v. FELTON ET AL.   Appeals from C. A. 2d Cir.   Further consideration of question of jurisdiction post-

poned to hearing of cases on the merits. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 739 F. 2d 48.